UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :     WAIVER OF INDICTMENT
                                        ~~INFORMATION~~

       -v.-                        :     S1 07 Cr. 1147 (HB)

ALI FAYAD NASSER,                  :

              Defendant.           :

- - - - - - - - - - - - - - - - - - - x

   The above-named defendant, who is accused of violating Title 17, United States Code, Section 506(a)(1)(A) and Title 18, United States Code, Section 2319(b)(3), being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                   _____
                                   Defendant

                                   _____
                                   Witness

                                   _____
                                   Counsel for Defendant

Date:    New York, New York
         August 6, 2008

0202