Original

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :      **INFORMATION** 2CD

        -v.-                       :      S1 07 Cr. 1147 (HB)

ALI FAYAD NASSER,                 :

              Defendant.    :

- - - - - - - - - - - - - - - - - - - - - x

## COUNT ONE

The United States Attorney charges:

1. From in or about August 2003, up to and including in or about November 2007, in the Southern District of New York and elsewhere, ALI FAYAD NASSER, the defendant, unlawfully, willfully, and knowingly did infringe a copyright for purpose of commercial advantage and private commercial gain, to wit, NASSER sold counterfeit clothing and other copyrighted merchandise bearing various urban and hip-hop style designer labels.

    (Title 17, United States Code, Section 506(a)(1)(A);
    Title 18, United States Code Sections 2319(b)(3) and 2.)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 0 6 2008

_Michael J. Garcia_
MICHAEL J. GARCIA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

ALI FAYAD NASSER,

Defendant.

## INFORMATION

S1 07 Cr. 1147 (HB)

(Title 17, United States Code,
Section 506(a)(1)(A) and
Title 18, United States Code,
Section 2319(b)(3))

MICHAEL J. GARCIA
United States Attorney.

8/6/08 – Waiver of Indictment and Information filed.
8/6/08 – Deft. present w/ atty Paul Fielen, AUSA Jen Zornberg present. Ct Rpt. present. Deft. withdraws plea of not guilty and pleads guilty as charged in information (Misdemeanor). Plea agreement marked as Ct Ex. A. Court accepts Plea of Guilty, PSR ordered, senten set for 11-6-08 at 10:30 AM. Bail con't. as set.

Baer J.